**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James Robinson, also known**
**as RICHIE, Defendant–**
**Appellant.**

No. 12–1618.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 18, 2012.

Filed: Sept. 27, 2012.

Julie Peters, U.S. Attorney's Office, Little Rock, AR, for Plaintiff–Appellee.

Steven Ray Davis, N. Little Rock, AR, for Defendant–Appellant.

1. The Honorable Brian S. Miller, United States District Judge for the Eastern District

Before MELLOY, BEAM, and BENTON, Circuit Judges.

PER CURIAM.

James Robinson appeals his 33–month, within-Guidelines sentence for misprison of a felony in violation of 18 U.S.C. § 4, relating to his involvement in a methamphetamine conspiracy. Robinson argues the sentence is substantively unreasonable because the district court[1] gave too much consideration to his extensive criminal history and not enough consideration to other mitigating factors. We have carefully reviewed the sentencing transcript and find these arguments to be without merit. The district court did not abuse its considerable discretion in sentencing Robinson to 33 months in prison. *See United States v. Woodard*, 675 F.3d 1147, 1151 (8th Cir. 2012) (standard of review). Accordingly, we affirm.